# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JOSEPH COWAN**                                                                                  **PLAINTIFF**

**V.**                              **CASE NO.: 5:15-CV-00371-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                        **DEFENDANT**

## JUDGMENT

In accordance with the Order entered in this case, Judgment is hereby rendered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration, and against Plaintiff Joseph Cowan.

IT IS SO ORDERED this 24th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE